**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224

In RE:

Jowell Parks

Case No.: 19-17873 CMG

Judge: **INSERT JUDGE'S INITIALS**

Chapter 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Jowell Parks_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/15/2021

_____
Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.

- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.